PONTIAC, OXFORD & NORTHERN RAILROAD CO. *v.* OAK-
LAND CIRCUIT JUDGE.

MANDAMUS—PROPRIETY—REMEDY BY APPEAL.

Mandamus will not lie to compel the vacation of an order
appointing a receiver of a railroad corporation, since there is
an adequate remedy by appeal from the order.

Mandamus by the Pontiac, Oxford & Northern Rail-
road Company to compel George W. Smith, circuit judge
of Oakland county, to set aside an order appointing a re-
ceiver. Submitted June 27, 1905. (Calendar No. 21,165.)
Decided December 15, 1905.

*Russel & Campbell*, for relator.

*Angell, Boynton, McMillan & Bodman*, for respond-
ent.

McALVAY, J. Relator, a railroad corporation of this
State, applies for a mandamus to compel the circuit judge
of Oakland county to vacate an order appointing a re-
ceiver of said corporation in a certain suit pending in the
circuit court of said county in chancery.

There is nothing in the case to make it an exception to
the general rule repeatedly recognized by this court, "that
orders appointing receivers whereby the possession of
property is divested are appealable." *Mardian* v. *Wayne
Circuit Judge*, 118 Mich. 353, and cases cited. Relator
has an adequate remedy by appeal from said order. Man-
damus will not lie when there is another adequate remedy.
See *Mardian* v. *Wayne Circuit Judge*, supra, and cases
cited.

The writ is denied, with costs.

MOORE, C. J., and BLAIR, MONTGOMERY, and OSTRAN-
DER, JJ., concurred.